■ KENT A. KROEMER, Appellant, v DONNA PENSGEN, Respondent. (Appeal No. 3.) [834 NYS2d 902]—Appeal from an order (denominated judgment) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered November 30, 2005 in a breach of contract action. The order, among other things, denied plaintiff's motion for leave to reargue and imposed sanctions of $500.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Sholes v Meagher*, 100 NY2d 333 [2003]; *Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.

■ In the Matter of CASPER BARTON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [831 NYS2d 91]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Shirley Troutman, A.J.], entered September 20, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.